ELLEN O'HARA *et al. vs.* MARTIN QUINN *et al.*

PROVIDENCE—JULY 7, 1897.

PRESENT: Matteson, C. J., Stiness and Tillinghast, JJ.

The taxes upon certain land were assessed to and paid by A. who was only a part owner thereof, his co-tenants having had no notice of the assessments and no portion of the taxes having been assessed against them or their interest in the land. Upon a claim for a proportionate reimbursement for such payment :—

*Held,* that, as the payments were for moneys which the co-tenants were not obliged to pay, the payments did not inure to their benefit and the claim could not be allowed.

BILL IN EQUITY for a partition. Heard on respondent's claim to be reimbursed for taxes paid.

PER CURIAM. The case shows that the taxes paid by the respondent Quinn were assessed upon the whole land in suit and against him alone, both he and the assessors supposing him to be the sole owner. No portion of the taxes was assessed against his co-tenants or against their interest in the land, and, so far as appears, no notice of the assessment was given to them. The payment therefore by Quinn did not inure to the benefit of his co-tenants. So far as they are concerned, the payments were for moneys which they were under no obligation to pay. We are of the opinion, therefore, that he is not entitled to reimbursement.

*Arthur Cushing,* for complainant.

*Edwin D. McGuinness, John Doran,* and *John F. Byrne,* for respondents.